IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL C. ANTONELLI**                                        **PETITIONER**
**REG. #04053-164**

VS.                              NO. 2:05CV00207 WRW/HLJ

**DR. HOOVER and**                                              **RESPONDENTS**
**LINDA SANDERS, Warden,**
**Federal Correctional Institution,**
**Forrest City, Arkansas**

## ORDER

Petitioner has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, which is identical to a prior petition filed in <u>Antonelli v. Sanders</u>, 2:05cv206GH/JFF.  In light of such, the present petition is hereby DISMISSED as duplicative.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 6th day of September, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE