IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL C. ANTONELLI                                               PETITIONER
REG. #04053-164

VS.                            NO. 2:05CV00207 WRW/HLJ

DR. HOOVER and
LINDA SANDERS, Warden,                                             RESPONDENT
Federal Correctional Institution,
Forrest City, Arkansas

## JUDGMENT

Based on the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of September, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE