# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MICHAEL CARMIE ANTONELLI**                                                **PETITIONER**

**VS.**           **CASE NO. 2:05CV00207WRW**

**DR. HOOVER, et al.**                                                **RESPONDENTS**

## ORDER

Pending is Petitioner's Motion to Reconsider (Doc. No. 5). For good cause shown, Petitioner's Motion to Reconsider is GRANTED. Accordingly, the Clerk of the Court is directed to reopen the case. This case is referred to the Honorable Henry Jones, Jr.

IT IS SO ORDERED this 11th day of October, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE