IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL CARMIE ANTONELLI                                    PETITIONER

VS.                              2:05CV00207-WRW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                 RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner is not entitled to be considered for transfer to a CCC at this time.  Petitioner may pursue his allegations in a separate action.  Petitioner's motion for Protective Order (DE #31), Motion for Relief from Order (DE #32) and Motion to Consolidate this case with Case No. 2:06CV00061 (DE #31) are hereby denied.

SO ORDERED this 10th day of July, 2006.

/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE